# United States District Court
# Central District of California

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GERI C; DOES 1–10, inclusive, <br><br> Defendants, | Case No. 2:14-cv-03715-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

Plaintiff filed the Complaint in this action on May 14, 2014. (ECF No. 1.) Under Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve Defendant Geri C within 120 days. But no proof of service has been filed and the deadline to serve Defendants has long since expired. Accordingly, the Court **ORDERS** Plaintiff **TO SHOW CAUSE**, in writing, **no later than Monday, November 17, 2014**, why this action should not be dismissed for lack of prosecution. This Order will be discharged upon a showing of good cause as to why service was not completed within 120 days of the filing of the Complaint. No hearing will be held. Failure to respond or demonstrate good cause will result in dismissal of this action.

**IT IS SO ORDERED.**

November 12, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**